William Louis HARRELL, Petitioner-Appellee,

v.

Dallas B. MATTHEWS, Respondent-Appellant.

No. 30385.

United States Court of Appeals,
Fifth Circuit.

April 5, 1971.

Jim Garrison, Dist. Atty., Louise Karns, Asst. Dist. Atty., New Orleans, La., for appellant.

Robert Glass, New Orleans Legal Asst. Corp., New Orleans, La., for appellee.

Before CLARK, Associate Justice,* and GEWIN and RONEY, Circuit Judges.

PER CURIAM:

Judgment affirmed. Without deciding the precise question as to whether a written copy of the charges should have been served, we believe that on the facts of this case, the confusing notice given to petitioner and his mother of the charges against him did not meet constitutional requirements. See In re Gault, 387 U.S. 1, 87 S.Ct. 1428, 18 L.Ed.2d 527 (1967).

* Associate Justice United States Supreme Court (Ret.), sitting by designation.

Stanley George ANDREWS, Appellant,

v.

UNITED STATES of America, Appellee.

No. 24525.

United States Court of Appeals,
Ninth Circuit.

April 13, 1971.

Stanley George Andrews, in pro per.

Sherman F. Furey, U. S. Atty., Jay F. Bates, Asst. U. S. Atty., Boise, Idaho, for appellee.

Before CHAMBERS and HAMLEY, Circuit Judges, and GOODWIN,* District Judge.

PER CURIAM:

We find here, because of facts alleged and not within the record, that Andrews should have an evidentiary hearing on representations allegedly made to him about what the sentence would be, and it is so ordered.

* District Judge Alfred T. Goodwin, of the District of Oregon, sitting by designation.